**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LA ROSITA INC.
a Michigan Corporation,

Plaintiff,

v.

Case No. 26-cv-10217
Hon. Jonathan J.C. Grey

The United States of America,
United States Department of
Agriculture, United States
Department of Agriculture,
Food and Nutrition Service,

Defendants.
_______________________________/

**OPINION AND ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S EMERGENCY MOTION TO STAY SNAP DISQUALIFICATION (ECF No. 4)**

Plaintiff La Rosita Inc. ("La Rosita") is a neighborhood supermarket located in Detroit, Michigan. On January 21, 2026, pursuant to 7 U.S.C. § 2023, La Rosita filed a complaint seeking judicial review of a final agency decision of the United States Department of Agriculture and its subagency, Food and Nutrition Service ("FNS"), which disqualified La Rosita from participation in the Supplemental Nutrition Assistance Program for six months. (ECF No. 1, PageID.4.) On February 2, 2026,

La Rosita filed an emergency motion to stay the "enforcement of the six-month disqualification imposed by [FNS] pending final disposition of this action." (ECF No. 4, PageID.108.) On February 3, 2026, the Court issued a notice, wherein it declined to rule on the emergency motion until the defendants had been properly served and provided an opportunity to respond. (ECF No. 5.) To date, the docket does not reflect proper service upon any of the defendants.[1]

For the reasons set forth below, the Court **DENIES WITHOUT PREJUDICE** La Rosita's motion to stay.

## I. MOTION TO STAY

### A. Legal Standard

Pursuant to 7 U.S.C. § 2023(a)(17), "[d]uring the pendency of ... judicial review, or any appeal therefrom, the administrative action under review shall be and remain in full force and effect, unless on application to the court on not less than ten days' notice, and after hearing thereon and a consideration by the court of the applicant's likelihood of prevailing on the merits and of irreparable injury, the court temporarily stays such administrative action pending disposition of such trial or appeal."

---

[1] In fact, on May 27, 2026, the Clerk's Office denied entry of default as to each defendant for failure to prove proper service. (ECF Nos. 16–18.)

**B. Analysis**

La Rosita submits that "[i]rreparable injury exists where enforcement of the disqualification during the pendency of judicial review will cause harm that cannot be undone even if [La Rosita] ultimately prevails." (ECF No. 4, PageID.111.) Specifically, La Rosita argues that "[e]nforcement of the disqualification will immediately eliminate a substantial portion of its customer base." (*Id.*, PageID.111–112.)

While irreparable injury *may* have previously existed, the Court, based on La Rosita's motion, cannot currently find irreparable injury. The motion to stay, filed February 2, 2026, states that "FNS [ ] *imposed* a six-month disqualification and denied eligibility for a Civil Money Penalty." (*Id.*, PageID.111 (emphasis added).) Six months have elapsed from the time La Rosita filed the instant motion; thus, the alleged six-month disqualification period has expired. Accordingly, the Court cannot find current, irreparable injury absent a stay. The Court need not wait for the defendants' response. The motion is **DENIED WITHOUT PREJUDICE.**

**SO ORDERED**.

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

Date: August 10, 2026

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 10, 2026

**s/ S. Osorio**
Sandra Osorio
Case Manager